ALBERT A. CLARKE, Respondent, v. M. M. CASEY BUILDING CORPORATION and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE FRANKLIN SOCIETY FOR HOME BUILDING AND SAVINGS, Respondent, v. ALFORD E. PIGGOTT and MARY E. PIGGOTT, His Wife, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

FRANK D. DUFFIELD, Respondent, v. FRANKLIN LUMBER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

CHARLES R. LEONARD and Others, Appellants, v. FRED W. HEINZER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Arbitration between NATHANIEL S. SHAPIRO and GEORGE A. WRYNN, Respondents, and THE DECO EXPORT CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

HERBERT NOBLE, as Executor, etc., of ADELAIDE S. GOULD, Deceased, Respondent, v. BANKERS TRUST COMPANY, Individually and as Successor Trustee, etc., and Others, Defendants, Impleaded with CELIA GOULD MILNE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LAURENT VAN DER STEGEN, Doing Business, etc., Plaintiff, Appellant, and FREDERICK N. MATTHEWS and Others, Coplaintiffs, Appellants, v. NEUSS, HESSLEIN & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. The further bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LAURENT VAN DER STEGEN, Doing Business, etc., Plaintiff, Respondent, and FREDERICK N. MATTHEWS and Others, Coplaintiffs, Respondents, v. NEUSS, HESSLEIN & Co., INC., Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and the last paragraph of said order stricken out. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ALFRED JULIAN OXENHAM, Appellant, v. PAULINE KALLMAN OXENHAM, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

C. N. H. F., INC., Respondent, v. NEIL P. CULLOM and Another, as Executors, etc., of CHARLES K. EAGLE, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of THEOPHILUS J. HAWKER and Others for the Removal of FRANK J. TYLER, as Testamentary Trustee, etc., of BENJAMIN HAWKER, Deceased.— Decree affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ANNA S. ANDRAE and Others, Respondents, v. WARNER-QUINLAN COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No